**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON CHRISTOPHER WILLIAMS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN JENKINS,<br><br>　　　　　　Respondent.<br>_____ | NO. CV 23-4201-FMO(E)<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. No objections were filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

　　　IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 19, 2023.

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

2