**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRANDON CHRISTOPHER WILLIAMS, ) | NO. CV 23-4201-FMO(E) | |
| Petitioner, ) | | |
| v. ) | JUDGMENT | |
| WARDEN JENKINS, ) | | |
| Respondent. ) | | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 19, 2023.

```
          /s/
    FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE
```